UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. MUAMMAR JETER (a/k/a "Zahkey Jeter")    D/O/B 03/29/1986    SBI: 593252C**

## PETITION FOR WRIT OF HABEAS CORPUS

1. MUAMMAR JETER (a/k/a "Zahkey Jeter), (D/O/B 03/29/1986) is now confined at the Central Assignment Facility, P.O. Box 7450, Trenton, New Jersey.

2. Said individual will be required at Trenton, New Jersey, before the Hon. Mary L. Cooper, United States District Judge, on **Wednesday, August 20th, 2008, at 1:00 p.m.,** for a **Plea Hearing**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: August 18th, 2008

BRIAN URBANO
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: Aug. 18, 2008

HON. MARY L. COOPER
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Central Reception Assignment Facility, Trenton, New Jersey

WE COMMAND YOU that you have the body of

**MUAMMAR JETER (a/k/a "Zahkey Jeter")**

now confined at the Central Reception Assignment Facility, be brought before the United States District Court, the Hon. Mary L. Cooper, U.S. District Judge, in the Clarkson S. Fisher Federal Building and Courthouse, 402 E. State Street, Trenton, New Jersey 08608, on August 20th, 2008, at 1:00 p.m., so that he may appear for a **Plea Hearing** in the above-captioned matter.

WITNESS the Honorable Mary L. Cooper
United States District Judge
Trenton, New Jersey

DATED: 8/18/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk